UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 23-4148-GW-JPRx | Date | April 26, 2024 |
|---|---|---|---|
| Title | *Kathleen Jacobs v. Princess Cruise Lines, Ltd.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On April 25, 2024, Plaintiff Kathleen Jacobs filed a Notice of Settlement. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 45 days. The Court sets an order to show re: settlement hearing for June 10, 2024 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on June 6, 2024.

:

Initials of Preparer   JG